# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# (MONTGOMERY)

| | | |
|---|---|---|
| **UMB BANK, N.A.**, | § | |
| | § | |
| Appellant, | § | **CIVIL ACTION NOS.** |
| v. | § | |
| | § | **2:25-cv-00218-RAH (LEAD)** |
| **JACKSON HOSPITAL AND** | § | **2:25-CV-00219-RAH** |
| **CLINIC, INC. et al.,** | § | |
| Appellees. | § | |

## STATUS REPORT AND STIPULATED MOTION FOR AN ADDITIONAL STAY

Pursuant to this Court's order December 16, 2025, UMB Bank, N.A., and ServisFirst Bank together with the Official Committee of Unsecured Creditors (together the "**Parties**") file a joint status update and hereby move for an additional stay until the Effective Date[1] of the *Second Amended Joint Plan of Reorganization for Jackson Hospital and Clinic, Inc., and JHC Pharmacy, LLC* (the "**Plan of Reorganization**").

1.    On October 22, 2025, the Parties jointly moved for a stay of this Appeal after being ordered to provide a status report on developments in the Bankruptcy Court in the Debtors'[2] bankruptcy.

2.    The Court granted the Parties stipulated motion on November 14, 2025. It ordered the Parties to file a joint status update on December 15, 2025, that addresses "whether any further extension of the stay is necessary." Doc. 40.

---

[1] As defined in the *Second Amended Joint Plan of Reorganization for Jackson Hospital and Clinic, Inc., and JHC Pharmacy, LLC.*

[2] Unless otherwise defined, capitalized terms shall have the same meaning assigned to them in Brief of Appellants UMB Bank, N.A. and ServisFirst Bank.

3.      On December 15, 2025, the parties filed a joint status report and requested an additional 28-day stay. The Court granted a stay and ordered the parties to file a joint status update on January 12, 2026.

4.      On January 12, 2026, the parties filed a joint status report and requested an additional 60-day stay. The Court granted the stay and ordered the parties to file a joint status update on April 13, 2026 "that addresses whether any further extension of the stay is necessary."

5.      On April 13, 2026, the parties filed a joint status report requesting an additional 60-day stay. The Court granted the stay and ordered the parties to file a joint status report on June 12, 2026 "that addresses whether any further extension of the stay is necessary."

6.      On April 28, 2026, the Bankruptcy Court confirmed the Plan of Reorganization. That Plan implemented a compromise reached between and among the parties to this appeal.

7.      After conferring, the Parties agree that this appeal should be dismissed as soon as the Plan's Effective Date occurs. Upon the occurrence of the Effective Date, the Parties will jointly inform the Court that this appeal can be dismissed. If the Effective Date appears unlikely to occur, any Party can inform the Court and ask it to lift the Stay. Until the Court receives a notice concerning the Effective Date, the Case should be stayed.

8.      For the reasons stated above, the Court should grant an order substantially in the form of the Proposed Order annexed hereto.

9.      Justin G. Williams certifies that he has permission of counsel to file this Status Report on their behalf.

/s/ *Jeremy L. Retherford*
Jeremy L. Retherford

**BALCH & BINGHAM LLP**
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203-4642
Telephone: (205) 226-3479
Facsimile: (205) 488-5693
Email: jretherford@balch.com

*Attorney for ServisFirst Bank*

/s/ *Justin G. Williams*
Justin G. Williams

**TANNER & GUIN LLC**
2711 University Blvd. Suite 201
Tuscaloosa, Alabama 35401-3206
Telephone: (205) 633-0218
Facsimile: (205) 633-0318
Email: justin@tannerguin.com

-and-

**HERBERT SMITH FREEHILLS KRAMER (US) LLP**
Amy Caton (admitted *pro hac vice*)
Douglas Buckley (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Email: amy.caton@hsfkramer.com
        douglas.buckley@hsfkramer.com

Ralph C. Mayrell (admitted *pro hac vice*)
2000 K Street NW 4th Floor
Washington, D.C. 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
Email: ralph.mayrell@hsfkramer.com

*Counsel to UMB Bank, N.A.*

/s/ *R. Scott Williams*
R. Scott Williams

**RUMBERGER, KIRK, & CALDWELL, P.C.**
R. Scott Williams
Frederick D. Clarke
Renasant Place
2001 Park Place, Suite 1300
Birmingham, Alabama 35203
Telephone: (205) 327-5550
Email: swilliams@rumberger.com
    fclarke@rumberger.com
*Co-counsel to Creditors' Committee*

**SILLS CUMMIS & GROSS P.C.**
Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Email: asherman@sillscummis.com
    bmankovetskiy@sillscummis.com
*Co-counsel to Creditors' Committee*

- 3 -

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# (MONTGOMERY)

| | | |
|---|---|---|
| **UMB BANK, N.A.**, | § | |
| | § | |
| Appellant, | § | **CIVIL ACTION NOS.** |
| v. | § | |
| | § | **2:25-cv-00218-RAH (LEAD)** |
| **JACKSON HOSPITAL AND** | § | **2:25-CV-00219-RAH** |
| **CLINIC, INC. et al.,** | § | § |
| Appellees. | § | |

### [Proposed] ORDER

For the reasons stated in Agreed-Upon Motion for Stay ("the Motion"), the Motion is **GRANTED**. This appeal is stayed up to and including the Effective Date of the Second Amended Joint Plan of Reorganization for Jackson Hospital and Clinic, Inc., and JHC Pharmacy, LLC, or until a Party provides notice concerning the Effective Date. If the Effective Date occurs, the Parties shall file a joint notice on the Effective Date advising the Court as to whether this appeal should be dismissed.

**SO ORDERED**

Dated: June _____, 2026
      Montgomery, Alabama

_____
R. AUSTIN HUFFAKER JR.
United States District Judge